In re VALIDATION OF CITY OF JACKSON P. I. BONDS.

Nov. 24, 1952

No. 38476          9 Adv. S. 67          61 So. 2d 316

*E. W. Stennett* and *W. A. Bacon,* for appellant.

*Harold Cox, Garner W. Green, B. C. Ricketts* and *M. A. Lewis, Jr.,* for appellees.

HALL, J.

The parties to this litigation having stipulated that the case has been settled and having agreed that it may be remanded to the lower court, the City of Jackson paying the cost of this appeal, it is hereby ordered that the case be remanded to the chancery court of Hinds County and that all costs of the appeal be taxed against the City of Jackson.

So ordered.

*Roberds, P. J.,* and *Lee, Holmes* and *Arrington, JJ.,* concur.